DATE OF NOTICE: **July 22, 2002**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TYRONE HARRIS, | : | **CIVIL ACTION.** |
| vs. | : | |
| JOHN MASSI, ET AL., | : | **NO.** 02-04020-ECR |

<u>**NOTICE**</u>

Please be advised that an initial pretrial conference in the above-captioned case will be held on **August 8, 2002** at **4:15 p.m.** before the Honorable Eduardo C. Robreno in Room 7614, U.S. Courthouse, 60l Market Street, Philadelphia, Pennsylvania.

Attached is an Initial Pretrial Conference Information Report (the "Report") which you are required to complete and forward to the Court at least three (3) days prior to the Initial Pretrial Conference. Do not have the Report docketed. Also attached is a notice of Agenda of Initial Pretrial Conference. In lieu of each side submitting a Report, the parties may file a joint report pursuant to Federal Rule of Civil Procedure 26(f).

If trial counsel in this case is on trial in a Court of record at the time of the Initial Pretrial Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Initial Pretrial Conference.

**Constantine S. Flores
Deputy Clerk to Judge Robreno
(267) 299-7429**

**cc:** Alan Yatvin, Esquire
Michael Blume, Esquire