```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


TYRONE HARRIS                  :     CIVIL ACTION
                               :     NO. 02-4020
     Plaintiff,                :
                               :
     v.                        :
                               :
JOHN MASSI, et al.,            :
                               :
     Defendant.                :
```

<u>PRETRIAL SCHEDULING ORDER</u>

**AND NOW**, this **9th** day of **August, 2002,** following an initial pretrial conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense and Delay Reduction Plan, it is hereby **ORDERED** that:

1. All discovery shall be completed by **October 31, 2002**;

2. Any motions for summary judgment shall be filed by **October 31, 2002,** provided that the parties submit a statement of uncontested facts with any such motion. Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c);

3. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a

---

1. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the

jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed (with a copy of each also delivered to Chambers)[2] by **December 1, 2002.**

    4.   The case shall be placed in the trial pool on **December 1, 2002.** Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

    5.   If agreeable to all parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge;

    6.   If agreeable to all parties, counsel for plaintiff shall telephone Chambers to submit the case to arbitration; and

    7.   Plaintiff's counsel shall advise the Court promptly of any settlement of the case.

                                 **EDUARDO C. ROBRENO,      J.**

---

authorities supporting the proposed instruction.

2. When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.